IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:10CV10-03-MU

| | |
|---|---|
| MARVIN DALE HARRIS, )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br>DAVID MITCHELL, )<br> )<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Petitioner's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 filed April 6, 2010 (Doc. No. 1.)

After careful review of the Petition for Writ of Habeas Corpus, the undersigned finds that the Attorney General should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

**SO ORDERED**.

Signed: April 12, 2010

Graham C. Mullen
United States District Judge