# United States District Court
## For The Western District of North Carolina
### Asheville Division

MARVIN DALE HARRIS,

              Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                         2:10CV10-03

DAVID MITCHELL,,

              Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2010 Order.

Signed: May 14, 2010

Frank G. Johns, Clerk
United States District Court